9 A.3d 1133

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Joseph ABRAHAM, Respondent.**

Supreme Court of Pennsylvania.

Nov. 30, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of November 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issues set forth below. Allocatur is **DENIED** as to all remaining issues. The issues, rephrased for clarity, are:

(1) Whether, in light of *Padilla v. Kentucky,* —— U.S. ——, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010), the distinction in Pennsylvania between direct and collateral consequences to define the scope of constitutionally "reasonable professional assistance" required under *Strickland v. Washington,* 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984) is appropriate?

(2) If so, whether the forfeiture of a pension that stems from a public school teacher's negotiated plea to crimes committed in the scope of his employment is a collateral consequence of a criminal conviction which relieves counsel from any affirmative duty to investigate and advise?

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.